

Misc. No. 13–8002/AF. Timothy L. Merritt, Petitioner v. The United States, and United States Air Force Court of Criminal Appeals, Respondents. On consideration of the petition for extraordinary relief in the nature of a writ of mandamus, it is ordered that said petition is hereby denied.

No. 09–5003/AF. U.S. v. Brandon T. Rose. CCA 36508. On consideration of Appellant/Cross–Appellee's motion to stay the remand order and motion to withdraw the motion to stay the remand order, it is ordered that said motion to withdraw the motion to stay the remand order is hereby granted, and that said motion to stay the remand order is hereby denied as moot.

No. 12–0418/AF. U.S. v. Andrew P. Halpin. CCA S31805. In view of the existence of a vacant position on the Court, notice is hereby given that the Chief Judge has called upon Senior Judge Andrew S. Effron to perform judicial duties in the above–referenced cases, and that Senior Judge Effron has consented to perform judicial duties in said cases under Article 142(e)(1)(A)(ii), Uniform Code of Military Justice, 10 U.S.C. § 942(e)(1)(A)(ii) (2006).

No. 12–0644/AR. U.S. v. Jayson J. Wall. CCA 20100174. On consideration of the petition for grant of review of the decision of the United States Army Court of Criminal Appeals and the record of trial, the Court notes that appellate counsel have referenced a post–trial Article 39(a), UCMJ, session at the court–martial where the military judge discussed a newly–discovered convening order. It is also noted that the record does not contain any transcript of that session. Accordingly, it is ordered that the government produce the authenticated transcript of said Article 39(a) session, and that the authenticated transcript be filed with this Court on or before October 25, 2012.

No. 12–0692/AR. U.S. v. Enrique Perez. CCA 20110553. Appellant's motion to consider additional matters pursuant to *United States v. Grostefon*, 12 M.J. 431 (C.M.A. 1982), it is ordered that said motion is hereby granted.